Katie Foskey, Respondent, v. N. E. Vail & Company, Incorporated, Appellant, and Others, Defendants.— Interlocutory judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

Alfonsina Galeazzo, Appellant, v. Baer Zuckerbraun, Respondent.— Order modified by providing that it eliminate from the examination that part of item 6 of the notice of examination which states " whether the plaintiff was not compelled to undergo operations for the purpose of protecting her life and health as alleged in the sixth paragraph of the said complaint." As so modified, the order is affirmed, without costs. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

Louis F. Garben, Appellant, v. James McKittrick, Respondent.— Order granting defendant's motion to strike out the first separate defense contained in the reply to the counterclaim in defendant's amended answer reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The Statute of Limitations was properly pleaded as a defense to the counterclaim, which attempts to set forth a cause of action for malpractice. (*Fish* v. *Conley*, 221 App. Div. 609; *Black* v. *Van Aiken*, 224 id. 759.) Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ., concur.

Michael Hakal, Respondent, v. Edward W. Jackson, Defendant, and Charles Anderson Phillips, Appellant.— Order denying motion for change of venue affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty and Scudder, JJ., concur; Seeger, J., dissents.

Beatrice Harris, an Infant, by Samuel L. Hoffman, Her Guardian ad Litem, Appellant, v. Harold Harris, Respondent.— Order of June 22, 1928, and said order as resettled affirmed, in so far as appealed from, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

George V. Hart, Appellant, v. Elizabeth Feuereisen and Alice D. Robitaille (Also Known as Alice Daly Robitaille), Defendants. Redingold Realty Co., Inc., Respondent.— Order denying plaintiff's motion to direct the respondent, Redingold Realty Co., Inc., to pay deficiency affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.

Otto Henschel, as Receiver of Joseph Bomse in Proceedings Supplementary to Execution Instituted by Isidore Feuerstein, Respondent, v. Joseph Bomse and Boar Lunch Co., Inc., Defendants, and Nathan Fleminger, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.